**MEMORANDUM**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 16 2018

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

DATE: Mar. 15, 2018

TO: Criminal Docket Clerk

FROM: Diane Darbonne
U.S. Marshals Service

RE: Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

_____  Deft. taken into U.S. Marshal Service custody on a detainer
(Date)       from _____.

03/15/18    Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)       Removal.

_____  Deft. taken into U.S. Marshal Service custody on a Return
(Date)       Psychiatric Study.

_____  Deft. returned to custody of _____
(Date)                                    (State)

_____  Deft. returned to custody of _____
(Date)                                    (Another District)

CASE NO. 4:18CR00053-11 KGB

DEFENDANT'S NAME  Muhammad, Bilal Sean