IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          Case No. 4:18-cr-00053-11 KGB

BILAL SEAN MUHAMMAD                                                          DEFENDANT

### ORDER

Pending is defendant Bilal Sean Muhammad's motion for adjustment of sentence (Dkt. No. 636). Applying retroactive United States Sentencing Guideline Amendment 821 lowers Mr. Muhammad's criminal history score from three to one, but his sentence was based on the statutory, mandatory minimum of 60 months, not the Guidelines. Mr. Muhammad does not qualify for the "zero point" reduction because he has one criminal history point, not zero. Additionally, Mr. Muhammad's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." (Dkt. No. 300, at 3). Because Mr. Muhammad knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *United States v. Cowan,* 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement). For all of these reasons, the Court denies the motion (Dkt. No. 636).

It is so ordered this 3rd day of September, 2024.

_____
Kristine G. Baker
Chief United States District Court Judge